HONORABLE TIMOTHY W. DORE

Paul E. Fogarty (WSBA No. 26929)
DEARMIN FOGARTY PLLC
705 Second Avenue, Suite 1050
Seattle, WA 98104
Tel: (206) 826-9400
Fax: (206) 826-9405
Email: pfogarty@dearminfogarty.com

Attorneys for Veterans Pride Coffee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 14-13523-TWD |
| Thomas Lee Reid, | (Chapter 13) |
| Debtor. | ACCEPTANCE OF SERVICE |
| Veterans Pride Coffee, Inc. | ADVERSARY NO.: 14-01470-TWD |
| Anwar Meherally | |
| Plaintiffs, | |
| vs. | |
| Thomas Lee Reid | |
| Defendant. | |

ACCEPTANCE OF SERVICE - 1

DEARMIN | FOGARTY PLLC
705 Second Avenue, Suite 1050
Seattle, WA 98104-1759
P: 206.826.9400  F: 206.826.9405

The undersigned, being authorized to accept and waive service of process on behalf of defendant Thomas Reid for this matter only, does hereby accept service of the attached Summons and Complaint on behalf of Thomas Reid and Thomas Reid waives formal service of process.

DATED this 14th day of January, 2015.

_____
Sten E. Sorby, WSBA No. 27020
Attorney for Thomas Reid

ACCEPTANCE OF SERVICE - 1

DEARMIN | FOGARTY PLLC
705 Second Avenue, Suite 1050
Seattle, WA 98104-1759
P: 206.826.9400 F: 206.826.9405